IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02554-RTG

CARLOS RAUL MORALES,

      Petitioner,

v.

JUAN BALTAZAR, Director, Detention Center, Denver, CO,
ROBERT HAGAN, Director of ICE, Denver, CO Local Office,
TODD LYONS, Director of ICE, AND
TODD BLANCHE, Acting Attorney General,

      Respondents.

---

## MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

It has come to the Court's attention that ECF No. 1 was inadvertently used to initiate this new action instead of being filed in Petitioner's pending case, Civil Action No. 26-cv-02000-RTG. Thus, the Clerk of the Court is directed to file ECF No. 1 in Civil Action No. 26-cv-02000-RTG. The Clerk of the Court is further directed to administratively close this action.

DATED: June 15, 2026

---